**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| BRANDON KEY, | : | No. 41 EAP 2024 |
| | : | |
| Appellant | : | Appeal from the order of |
| | : | Commonwealth Court dated |
| | : | March 22, 2024, at 304 MD 2022. |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                                    **FILED: February 19, 2025**

      **AND NOW,** this 19th day of February, 2024, the order of the Commonwealth Court

is **AFFIRMED**.